120 A.3d 992

**George JOHNSON, Respondent**

v.

**LANSDALE BOROUGH and Lansdale Borough Civil Service Commission, Petitioners.**

Supreme Court of Pennsylvania.

July 28, 2015.

440

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the following issues, as stated by Petitioner:

a. Whether the Commonwealth Court committed reversible error by holding that a common pleas court's standard of review of a civil service commission adjudication is de novo, where a common pleas court takes no additional evidence on appeal and limits itself to the record before the commission?

b. Whether the Commonwealth Court committed reversible error by holding that a common pleas court may modify a penalty imposed by a municipality, where there is no evidence whatsoever that the penalty was arbitrary, capricious, or discriminatory?

In all other respects, the Petition for Allowance of Appeal is **DENIED.**